# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 3, 2021

### NO.  03-21-00350-CV

**$8,465.28 in US Currency, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on July 14, 2021.  Having reviewed the record, the Court holds that appellant has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.